**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOHN HARRIS**                                                                               **PLAINTIFF**

**VS.**                  **CASE NO. 5:09CV00391 JMM**

**UNION PACIFIC RAILROAD COMPANY**                   **DEFENDANT**

**ORDER OF DISMISSAL**

Having been notified that all controversy in this cause have been compromised and settled and that the Plaintiff no longer desires to prosecute this claim, the Court finds that this case should be dismissed. The Joint Motion to Dismiss with Prejudice and Stipulation of Dismissal is granted (#27).

The complaint and all claims in this action are hereby dismissed with prejudice with each party to bear their own costs.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this __22__ day of __February__, 2011.

                                                  _____
                                                  James M. Moody
                                                  United States District Judge